# UNITED STATES DISTRICT COURT

for the

District of Rhode Island 

Mirca B. Caceres and Guillermo Caceres

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Citizens Bank, Michael R. Hagopian and the Washington trust Company, Daniel J. Boudreau

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:23-cv

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED 2023 MAY 17 P 10:51

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mirca B. Caceres and Guillermo Caceres |
| Street Address | 661-663 Hartford Avenue |
| City and County | Providence USA |
| State and Zip Code | RHODE Island 02909-5919 |
| Telephone Number | (978) 831-4927 |
| E-mail Address | caceresmirca@Yahoo.Com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Michael R. Hagopian, Esq. Counsel for Citizens Bank F/K/A RBS

Job or Title (if known): Esq.

Street Address: 1080 Main Street Pawtucket

City and County: Pawtucket

State and Zip Code: Rhode Island 02860

Telephone Number:

E-mail Address (if known):

Defendant No. 2

Name: Daniel J. Boudreau. the Washington Trust Co

Job or Title (if known): Assistant Branch Manager

Street Address: 1383 Atwood Avenue

City and County: Johnston, RI 02919

State and Zip Code: Rhode Island 02919

Telephone Number: (401) 348-1200 x 8564

E-mail Address (if known): dj boudreau@washtrust.com

Defendant No. 3

Name: RHODE ISLAND Joint REINSURANCE

Job or Title (if known): INSURANCE

Street Address: Two Center PLAZA

City and County: Boston MA 02108

State and Zip Code: MA 02108

Telephone Number:

E-mail Address (if known):

Defendant No. 4

Name: SELECT PORTFOLIO SERVICING INC.

Job or Title (if known):

Street Address: 3815 SOUTH WEST TEMPLE

City and County: SALT LAKE CITY

State and Zip Code: UT 84115

Telephone Number:

E-mail Address (if known):

Defendant No. 1

Name: Lincoln Benefit Life
Job or Title *(if known)*: Inc
Street Address: 8209 IBM Drive Building 102 S. 100
City and County: Charlotte NC
State and Zip Code: NC 28262
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 2

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 3

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 4

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Mireya b. Caceres and Guillermo Caceres, is a citizen of the State of *(name)* Rhode Island

b. If the plaintiff is a corporation Pro-se

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

Mirca Caceres and Guillermo Caceres

Plaintiff's Case no. 1:23-cv______

V.

Counsel for Citizens Bank. F/k la RBS citizens N/A, Michael R. Hagopian, ESG. Brock & Scott. 1080 Main Street Pawtucket, RI 1383 Atwood Avenue, Johnston, RI 02919.

The Washington Truth Company, 1383 Atwood Avenue, Johnston, RI 02919. Rhode Island Joint Reinsurance Two Center Plaza Boston MA 02108. Select Portfolio Servicing INC 3815 South West Temple Salt Lake City UT 84115. Lincoln Benefit Life 8209 IBM drive building 102 suite 100 Charlotte NC 28262.

## Plaintiff Complain for Fraud and Bank Identity Theft

The Plaintiff's Mirca B. Caceres and Guillermo Caceres ("plaintiff") moves this honorable court to enter summary judgement, against the defendant citizens bank, (Defendant) and grant has completely usurped our identity by conducting unusual and inexplicable transactions such as multiple investment accounts, endorsement of all of our personal checks, numerous saving and checking accounts that we did not know had been opened, lines of credit that we have never had secret mortgages that we have never even done so to take our property illegally 661-663 Hartford Avenue Providence R.I. USA. ("the property") through Narragansett Bay commission and a collection account that we never told was in collection, since we pay our water bill monthly, taxes,

defendant build a branch "citizens banks" on our property "700" Hartford Avenue providence RI 02909. And the searched in "silver lake" when it is in a property that legally belongs to us, and multiple frauds and usurpations more.

WHEREFORE, plaintiff's Mirca B. Caceres and Guillermo Caceres respectfully requests that this court grant its summary judgement and:

1. Enter summary judgement in favor of Mirca B. Caceres and Guillermo Caceres against citizens bank the defendant Judicial Compensation such additional legal and equitable relief that the court deems just and appropriate under the circumstances.

2. Enter summary judgement in favor of Mirca B. Caceres and Guillermo Caceres against the Washington Trust Company. (defendants).

3. Enter summary Judgement in favor of Guillermo Caceres and Mirca Caceres and Mirca Caceres against the Rhode Island Joint Reinsurance. defendant(s)

4. Enter summary Judgement in favor of Guillermo Caceres and Mirca B. Caceres. Against the select Portfolio Servicing Inc. defendant(s)

5. Enter summary Judgement in Favor of Guillermo Caceres and Mirca B. Caceres against the Lincoln Benefit Life. Defendant(s)

# BACKGROUND AND TRAVEL OF CASE

1. Citizens Bank, (the defendant) used the direct deposit after I had cancelled it, from my work at the FORGATY agency and duplicated and usurped my direct deposits sheet and stated that the deposits are weekly and the truth is that they're twice a month.
2. On April 4, 2023 I made the checks to send it to the Bills like every month, I asked for a copy at the bank and I see that all my checks are endorsed by Santander bank, including our property Boston Ma insurance
3. On January 14, 2021 I went to Citizens Bank to report multiple transactions that appeared in my account, and a representative told me to tell her the account number and what type of account, since I had nine investment accounts, mortgage $198, 86,47 and seven savings accounts and checking accounts, I asked her if she could give me a copy of all accounts and the system did not allow it, she only managed to give me some sheets of some investment accounts. Exhibit. A-D.
4. On April 29,2023 I opened a new checking account at Citizens Bank (the defendant) on May 1, 2023 I went to close it because in the papers I received it said that I had opened that account on July 11, 2020 and had multiple payments of a mortgage that never I have not done nor have I had.
5. On march 10, 2022 I went to the Washington trust bank to open a savings and checking account, they told me to sign on some pages and take it my signature to make me a mortgage without my consent because they want our property 661-663 Hartford Avenue Providence Rhode Island USA.

   On March 10, 202 I went to the Washington Trust Bank to open a savings and checking account, they told me to sign on some pages and take it my signature to make me a mortgage without my

## CONCLUSION

Accordingly, Plaintiff's, Guillermo Caceres and Mirca Caceres moves the Grants Plaintiff's Judicial Compensation, and for such other relief as this court deems and prosper.

Respectfully submitted,

Submitted, plaintiff's,

Guillermo Caceres and

Mirca Caceres

05/17/2023

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I filed through the electronic filing system with electronic service completed on all parties registered attorneys or parties by certified U.S. Mail:

Counsel for Citizens Bank

F/K/A RBS Citizens, N.A.

Michael R. Hagopian ESG.

Brock & Scott.

1080 Main Street Pawtucket,

RI 02860

Daniel J. Boudreau NMLS# 1677006 Assistant Branch Manager, The Washington Trust Company 1383 Atwood Avenue, Johnston, RI 02919 401 348 1200 x8564 Fax: 401 1383 Atwood Avenue, Johnston, RI 02919

Rhode Island Joint Reinsurance Two Center Plaza Boston MA 02108

Select Portfolio Servicing INC 3815 South West Temple Salt Lake City UT 84115

Lincoln Benefit Life 8209 IBM Drive Building 102 Suite 100 Charlotte NC 28262

The document electronically filed and served is available for viewing and/or downloading from the United States District Court for the District of Rhode Island's electronic case filing system.