```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND
```

MIRCA BENITEZ CACERES,

    Plaintiff,

       v.                                      CA No. 23-cv-207-WES

MICHAEL R. HAGOPIAN, et al.

    Defendants.


### JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the text order entered on July 6, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this case.


It is so ordered.


July 6, 2023                          By the Court:

                                      /s/ William E. Smith
                                      United States District Judge