# United States Court of Appeals
## For the First Circuit

_____

No. 23-1660

MIRCA BENITEZ CACERES,

Plaintiff - Appellant,

v.

MICHAEL R. HAGOPIAN; DANIEL J. BOUDREAU; RHODE ISLAND JOINT REINSURANCE ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; LINCOLN BENEFIT LIFE; THE WASHINGTON TRUST COMPANY; CITIZENS BANK, N.A.,

Defendants - Appellees.

_____

Before

Barron, <u>Chief Judge</u>,
Gelpí and Rikelman, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: February 25, 2025

    This is an appeal from the dismissal of a complaint for lack of subject matter jurisdiction. Having carefully reviewed the parties' submissions and the record, we affirm essentially for the reasons stated by the district court in its July 6, 2023 order. The exhibits attached to the plaintiff's brief, which contain personal identifiers and have been sealed in the district court, are hereby sealed.

    The judgment of the district court is affirmed. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mirca Benitez Caceres, Geoffrey Williams Millsom, Damaris G. Hernandez, Americo M. Scungio, Robert P. Corrigan